IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DWAYNE GRIFFIN, Inmate #N03392,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL NO. 07-468-GPM |
| **G. PATRICK MURPHY,** | ) |
| **Defendant.** | ) |

# ORDER

**MURPHY, Chief District Judge:**

Plaintiff has filed this civil rights action pursuant to 42 U.S.C. § 1983. The only defendant named in the action is the undersigned United States District Judge.

The undersigned hereby **RECUSES** himself from further proceedings in the above-entitled matter. This matter is referred to the Clerk of the Court for random draw.

**IT IS SO ORDERED.**

DATED: 07/16/07

s/ G. Patrick Murphy
G. Patrick Murphy
Chief United States District Judge